[No. 622-3.    Division Three.    April 13, 1973.]

HAROLD W. STACK, *Appellant*, v. CARL E. SWANSON *et al.*, *Defendants*, PATRICIA L. CARR *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 203006, George T. Shields, J., entered April 24, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.